

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-021-JCM-GWF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| BARBARA STEPHANIE LIZARDO, | |
| Defendant. | |

This Court found that Barbara Stephanie Lizardo shall pay the in personam criminal forfeiture money judgment of $41,636.50 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Third Superseding Criminal Indictment, ECF No. 129; Change of Plea, ECF No. 393; Plea Agreement, ECF No. 394; Preliminary Order of Forfeiture, ECF No. 397.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $41,636.50 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Barbara Stephanie Lizardo the in personam criminal forfeiture money judgment of $41,636.50, not to be held jointly and severally liable with her codefendants and the collected money judgment amount between the codefendants is not to exceed $3,300,000, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED Feb 1, 2019.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE**, 2019:

          /s/ Heidi L. Skillin
          HEIDI L. SKILLIN
          FSA Contractor Paralegal