# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-21 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| DANIEL BOYAR, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Boyar et al*, case no. 2:17-cr-00021-JCM-EJY-4.

The court will deny as moot defendant Barbara Lizardo's ("defendant") motion in limine. (ECF No. 329). Defendant pleaded guilty in this matter and was sentenced by the court on February 1, 2019. *See* (ECF No. 410). Therefore, defendant's motion in limine to exclude evidence from trial is moot.

Accordingly,

IT IS SO ORDERED.

DATED August 8, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**